**Opinion issued December 20, 2012**



In The

# Court of Appeals
### For The
# First District of Texas

---

**NO. 01-11-00174-CV**
**NO. 01-11-00175-CV**

---

**DEBORAH JEAN BRANIFF, Appellant**

**V.**

**RICHARD JAMES BRANIFF, Appellee**

---

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2002-51181 & 2010-70029**

---

## MEMORANDUM OPINION

Appellant, Deborah Jean Braniff, has failed to timely file a brief. *See* TEX.

R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of

appellant to file brief). After being notified that these appeals were subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss these appeals for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.